# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00260-MR-DLH

| | |
|---|---|
| BARRETT L. CRAWFORD and DIANA CRAWFORD, </br></br>　　　　Plaintiffs, </br></br>　vs. </br></br>DITECH FINANCIAL LLC, </br></br>　　　　Defendant. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On September 13, 2016, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before April 15, 2017. [Doc. 15]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: May 1, 2017

Martin Reidinger
United States District Judge